

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-12-00945-CV

Style:                       Lee A. Hardy and Polly Hardy

                              **v** Wells Fargo Bank, N.A., David E. Brown, and Resconn Investments, LLC

Date motion filed[*]:      February 4, 2013

Type of motion:         Motion to withdraw as counsel for appellants

Party filing motion:      Thomas F. Jones III

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:
       Original due date:
       Number of previous extensions granted:           Current Due date:
       Date Requested:

Ordered that motion is:

      ☐        Granted

               If document is to be filed, document due:

               ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☑        Denied

      ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐        Other: _____

      **Counsel fails to provide Lee and Polly Hardy's phone number and fails to state that they were notified in writing of the right to object. *See* TEX. R. APP. P. 6.5(a)(2), (4). Should counsel wish to file another motion to withdraw, he must comply with all requirements of Texas Rule of Appellate Procedure 6.5, including the requirement that the motion be delivered to appellants by both first-class and certified mail.**

Judge's signature:      ___Justice Jim Sharp, Jr._____
                     ☑ Acting individually    ☐ Acting for the Court

Panel consists of       _____

Date:   __May 9, 2013_____